UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| WRIGLEYVILLE HOTEL LLC | ) Case No. 14-21216 |
| Debtor. | ) Honorable Eugene R. Wedoff |
| In re: | ) Chapter 11 |
| WRIGLEYVILLE LLC | ) Case No. 14-25027 |
| Debtor. | ) Honorable Eugene R. Wedoff |

## SECOND INTERIM AND FINAL ORDER GRANTING DEBTORS' MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. § 1121(d) EXTENDING THE EXCLUSIVE TIME PERIODS DURING WHICH DEBTORS MAY FILE A CHAPTER 11 PLAN OR PLANS OF REORGANIZATION AND SOLICIT ACCEPTANCES THEREOF

Upon the motion (the "*Motion*"), of the debtors and debtors in possession in the above-captioned cases (collectively, the "*Debtors*"), for entry of an order pursuant to section 1121(d) of the Bankruptcy Code[1] seeking an extension of the Exclusive Periods during which the Debtors may file a chapter 11 plan or plans and solicit acceptances thereof, the Court having previously held a hearing on the Debtors' *Motion to Extend Deadline and Exclusive Period to File Plan and Disclosure Statement and Continue the Automatic Stay* on October 1, 2014 and entering the first interim order; and it appearing that the relief requested herein is in the best interests of the Debtors' estates, their creditors, and other parties in interest; it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; it appearing that this

---

[1] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Motion.

proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); it appearing that venue of this proceeding is proper pursuant to 28 U.S.C. §§ 1408 and 1409; it appearing that notice of this Motion and opportunity for a hearing on this Motion was appropriate under the particular circumstances and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED that the Motion is granted, ~~and it is further~~ in part, as follows:

ORDERED that, pursuant to section 1121(d) of the Bankruptcy Code, the Debtors' Exclusive Filing Period is extended to and including November 19, 2014; and it is further

ORDERED that, pursuant to section 1121(d) of the Bankruptcy Code, the Debtors' Exclusive Solicitation Period is extended to and including January 28, 2015; and it is further

ORDERED that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or in relation to the implementation of this Order.

Dated: Nov. 5, 2014

UNITED STATES BANKRUPTCY JUDGE